0     6267

Withdrawn
and not
reissued.